IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-095-KDB-DCK

| | |
|---|---|
| JOHN HARLEY CLONINGER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RELIANCE STANDARD LIFE ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Stay Of Initial Attorney Conference" (Document No. 9) filed July 26, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Stay Of Initial Attorney Conference" (Document No. 9) is **GRANTED**. The parties shall file a Certificate of Initial Attorney's Conference pursuant to LCvR 16.1, or in the alternative a Notice Of Settlement, on or before **September 15, 2021**.

**SO ORDERED**.

Signed: July 26, 2021

David C. Keesler
United States Magistrate Judge